**BAY–HOUSTON TOWING CO., INC., Plaintiff–Appellant,**

and

**J.A. Hartman Corporation, Third Party Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5045.

United States Court of Appeals, Federal Circuit.

DECIDED: March 2, 2005.

*ORDER*

Upon consideration of Bay Houston Towing Company, Inc.'s motion to volun-tarily dismiss its appeal from the United States Court of Federal Claims in *Bay–Houston Towing Co. v. United States,* 58 Fed.Cl. 462 (2003),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot